**Order filed December 31, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01055-CV
_____

### IN THE INTEREST OF J.J.L., A CHILD, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2017-29993**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The reporter's record was due December 13, 2018. Court reporter Delores Johnson sought an extension until December 28, 2018 to file the record. We granted the extension and noted no further extensions would be granted absent extraordinary circumstances. The reporter's record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court must direct the court reporter to immediately commence the preparation of the reporter's record and must arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we order **Delores Johnson** to file the reporter's record in this appeal by **January 10, 2019.** If the record is not timely filed, we will order the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM